
## Pollack & Rosen P.A.

806 S. DOUGLAS ROAD
SUITE 200, SOUTH TOWER
CORAL GABLES, FLORIDA 33134

PHONE: (305) 448-0006
TOLL FREE: (888) 448-1557
FACSIMILE: (305) 569-0101
WWW.POLLACKROSEN.COM

September 12, 2018

AREEB F MALIK
5215 SW 91ST AVE APT 24
COOPER CITY, FL 33328-5034

### ACCOUNT IDENTIFICATION

Original Creditor: CAPITAL ONE BANK (USA), N.A.
Acct No.: ************7056
Current Creditor: CAPITAL ONE BANK (USA), N.A.
Balance: $2673.72
Our File #: 3225924

Dear AREEB F MALIK,

This firm has been retained by CAPITAL ONE BANK (USA), N.A. to assist with the collection of funds due and owing on a debt incurred with CAPITAL ONE BANK (USA), N.A.. Based on the records provided by CAPITAL ONE BANK (USA), N.A. this account is currently in default and there is a total balance due of $2673.72.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

To make a payment, please go to our consumer payment portal at our website, www.pollackrosen.com, or contact this office. Our office can also be contacted via our Live Chat feature at our website.

Sincerely,

Client Services

**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

CAP1DEM.docx