UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61824-CIV-ALTMAN

**AREEB MALIK**,
*individually and on behalf of all those similarly situated*, and
**HANH DANH**

     **Plaintiffs**,

v.

**POLLACK & ROSEN, P.A.**,

     **Defendant**.

_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires the Plaintiff to perfect service of the summons and complaint on the Defendants within 90 days after the filing of the complaint. *See* Fed. R. Civ. P. 4(m). The Plaintiff filed this action on July 21, 2019 [ECF No. 1]. Since that time, the Defendant has filed a Motion to Dismiss [ECF No. 4] and a Certificate of Interested Parties [ECF No. 13]. But no executed summons appears on the docket. Accordingly, the Court hereby

**ORDERS** that, if the Defendant has been served, the Plaintiff shall file an executed summons on the docket no later than **September 27, 2019**. If the Defendant has not yet been served, the Plaintiff shall perfect service on the Defendant and file proof of service with the Court no later than **October 19, 2019**. Failure to comply with this Order will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of September 2019.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record