UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-CV-61824-RKA

AREEB MALIK and HANH DANH,

    Plaintiff,

v.

POLLACK & ROSEN, P.A.,

    Defendant.

_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 18, 2019, a copy of the Summons [D.E. 11], the First Amended Complaint [D.E. 6], and corresponding exhibits, were electronically served on Defendant Pollack & Rosen, PA, c/o Seth A. Kolton, Esq. (seth@shendellpollock.com), of whom is authorized to, and otherwise agreed to, accept service of process on behalf of Defendant Pollack & Rosen, PA, and whom confirmed receipt of service thereof, via e-mail, on September 20, 2019.

    DATED: October 1, 2019

    Respectfully Submitted,

    /s/ Jibrael S. Hindi
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail:   jibrael@jibraellaw.com
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377
    E-mail:   tom@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone:   954-907-1136
    Fax:   855-529-9540

    *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

  /s/ Thomas J. Patti                                   .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com