**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61824-CIV-ALTMAN**

**AREEB MALIK**,
*individually and on behalf of all those similarly situated*, and
**HANH DANH**

    **Plaintiffs**,
v.

**POLLACK & ROSEN, P.A.**,

    **Defendant**.
_____/

**ORDER**

**THIS MATTER** comes before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires the court to dismiss an action without prejudice if the plaintiff has not served the complaint and summons on each defendant within 90 days after the filing of a complaint. *See* Fed. R. Civ. P. 4(m). The Plaintiffs originally filed their Complaint on July 21, 2019 [ECF No. 1]. But, to date, they have failed to provide the Court with an executed summons for the Defendant.

Accordingly, on September 26, 2019, the Court ordered [ECF No. 14] the Plaintiffs to file a copy of the executed summons by October 19, 2019. In response, the Plaintiffs, on October 1, 2019, filed a Notice [ECF No. 17] that is plainly insufficient to establish that service was effectuated. Accordingly, the Court hereby

**ORDERS** the Plaintiffs to file proof of service by **October 24, 2019**. The Plaintiffs' failure to effectuate service on the Defendant, or to file proof of service, within the allotted time will result in dismissal of the Complaint without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of October 2019.

                                                                      **ROY K. ALTMAN**
                                                                       **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record