**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61824-CIV-ALTMAN**

**AREEB MALIK**,
*individually and on behalf of all those similarly situated*, and
**HANH DANH**

    **Plaintiffs**,
v.

**POLLACK & ROSEN, P.A.**,

    **Defendant**.
_____/

**ORDER**

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record.

On July 21, 2019, the Plaintiff filed a Complaint against the Defendant. [ECF No. 1]. On August 27, 2019, the Defendant, Pollack & Rosen, P.A., executed a Waiver of Service. *See* Waiver of Service [ECF No. 19]. Therefore, pursuant to Fed. R. Civ. P. 4(d), the Defendant's Answer to the Complaint was due on October 26, 2019. As of this writing, however, the Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that the Plaintiff shall, by **November 1, 2019**, submit a *motion for entry of clerk's default*, which must include certificates of service indicating that notice was sent to the Defendant (including the address or addresses to which notice was sent). The Plaintiff's failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** without further notice. Any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of October 2019.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc: counsel of record