# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-61824-CIV-ALTMAN

**AREEB MALIK**,
*individually and on behalf of all those similarly situated*, and
**HANH DANH**

    **Plaintiffs**,

v.

**POLLACK & ROSEN, P.A.**,

    **Defendant**.

_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. On September 26, 2019, the Court entered a Scheduling Order [ECF No. 15] requiring the parties to select a mediator; to select a time, date, and place for mediation; and to file a joint proposed order scheduling mediation, no later than October 4, 2019. The parties have thus far not complied with the Court's order. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that, on or before **November 4, 2019**, the parties shall select a mediator—as well as a time, date, and place for mediation—and file a proposed order scheduling mediation with the Court. Failure to comply with this Order will result in appropriate sanctions, including dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 1st day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record