UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61824-CIV-ALTMAN

**AREEB MALIK**,
*individually and on behalf of all those similarly situated*, and
**HANH DANH**

    **Plaintiffs**,

v.

**POLLACK & ROSEN, P.A.**,

    **Defendant**.

_____/

**ORDER SCHEDULING MEDIATION**

**THIS MATTER** comes before the Court pursuant to Local Rule 16.2. The Mediation in this matter shall be held before Steven Jaffee at 110 SE 6th St., suite 1700, Fort Lauderdale, Florida 33301 on **February 19, 2020, at 2:00 p.m.**

Within **three** days of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse.

Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of November 2019.

                                                        **ROY K. ALTMAN**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record