UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61824-CIV-ALTMAN

**AREEB MALIK**,
*individually and on behalf of all those similarly situated*, and
**HANH DANH**

    **Plaintiffs**,

v.

**POLLACK & ROSEN, P.A.**,

    **Defendant**.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion to Dismiss [ECF No. 24]. The Court held a hearing on the Motion on December 18, 2019 [ECF No. 31]. For the reasons stated in open court, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion to Dismiss [ECF No. 24] is **DENIED**.

2. The Plaintiff shall communicate a settlement demand to the Defendant no later than **December 19, 2019**.

3. The Defendant shall respond to the settlement demand, by either accepting or communicating a counteroffer, no later than **January 10, 2020**.

4. The Parties shall file with the Court a Notice indicating whether this matter settled by **January 17, 2020**.

5. The deadline to complete discovery is hereby extended to **January 27, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 18th day of December 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record