UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61824-RKA

AREEB MALIK and HANH DANH,
individually and on behalf of all those
similarly situated,

    Plaintiffs,

v.

POLLACK & ROSEN, P.A.,

    Defendant.

_____/

## NOTICE OF DEPOSITION DUCES TECUM

Pursuant to Fed.R.Civ.P. 30(b)(6), Plaintiffs Areeb Malik and Hanh Danh will take the deposition by way of oral examination of the person and/or persons that POLLACK & ROSEN, P.A., designates as the person and/or persons most knowledgeable and prepared to testify on behalf of POLLACK & ROSEN, P.A. regarding the subjects and/or topics listed in **Exhibit "A"** attached hereto. The date, time, and location of said deposition is as follows:

    **DATE**:    **January 24, 2020**

    **TIME**:    **11:00 AM**

    **LOCATION**:    **THE LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
    **110 S.E. 6TH STREET, SUITE 1700**
    **FORT LAUDERDALE, FLORIDA 33301**

This deposition will be video recorded as well as by stenographic means before a notary public authorized to administer oaths in the State of Florida. The deposition will continue from day to day until completed.

PAGE | **1** of 3

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**EXHIBIT 1**

The deposition is being taken for the purposes of discovery, for use at trial, and such other purposes as are permitted under the Federal Rules of Civil Procedure.

Additionally, Plaintiff requests that the Deponent produce the following documents at deposition:

(1) The complete list of individuals Defendant mailed collection letters to, that were the same or substantially similar to the letters Defendant mailed to either Plaintiff, during the two years prior to the commencement of the above captioned action.

(2) Copies of the documents utilized or referenced by Defendant to create, prepare, or otherwise draft the collection letter mailed to Malik. *See* D.E. 6-1.

(3) Copies of the documents utilized or referenced by Defendant to create, prepare, or otherwise draft the collection letter mailed to Danh. *See* D.E. 6-2.

(4) Copies of the documents that Capital One Bank (USA), N.A. sent and/or provided to Defendant in connection with the debt Defendant attempted to collect from Malik. *See* D.E. 6-1.

(5) Copies of the documents that Capital One Bank (USA), N.A. sent and/or provided to Defendant in connection with the debt Defendant attempted to collect from Danh. *See* D.E. 6-2.

(6) Copies of the documents, including manuals, instructions and guidelines, setting forth the policies and procedures of debt collection used by Defendant during the relevant period.

(7) Copies of the documents setting forth Defendant's policies and procedures for validating the amount of the debts Defendant attempted to collect from Plaintiffs.

(8) Copies of the documents that provide an itemization of the debts Defendant attempted to collect from Plaintiffs. *See* D.E. 6-1; D.E. 6-2

(9) A complete copy of any insurance policies covering Defendant for violations of the FDCPA and FCCPA during the relevant period.

(10) A copy of the template or form used to create, draft, or otherwise prepare the collection letter mailed to Malik. *See* D.E. 6-1.

(11) A copy of the template or form used to create, draft, or otherwise prepare the collection mailed to Danh. *See* D.E. 6-2.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

DATED: December 26, 2019

Respectfully Submitted,

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 26, 2019, the forgoing was electronically served via email to the party and/or parties listed below:

Seth Adam Kolton, Esq.
Florida Bar No.: 21045
E-mail: seth@shendellpollack.com
SHENDELL & POLLOCK PL
2700 N Military Trail
Suite 150
Boca Raton, FL 33431
Phone: 561-241-2323

*Counsel for Defendant*

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61824-RKA

AREEB MALIK and HANH DANH,
individually and on behalf of all those
similarly situated,

    Plaintiffs,

v.

POLLACK & ROSEN, P.A.,

    Defendant.

_____/

# NOTICE OF DEPOSITION DUCES TECUM
# EXHIBIT "A"

As noticed in the corresponding Notice of Deposition *Duce Tecum*, Plaintiffs Areeb Malik and Hanh Danh will take the deposition by way of oral examination of the person and/or persons that POLLACK & ROSEN, P.A. designates as the person and/or persons most knowledgeable and prepared to testify on behalf of POLLACK & ROSEN, P.A. ("Defendant") regarding:

(1)      The facts and circumstances surrounding each allegation of the operative Complaint. *See* D.E. 6.

(2)      The primary purpose of Defendant's business.

(3)      The letter Defendant mailed to Plaintiff Areeb Malik. *See* D.E. 6-1.

(4)      The letter Defendant mailed to Plaintiff Hanh Danh . *See* D.E. 6-2.

(5)      The content and accuracy of the information contained in the letter Defendant mailed to Plaintiff Areeb Malik. *See* D.E. 6-1

(6)      The content and accuracy of the information contained in the letter Defendant mailed to Plaintiff Hanh Danh. *See* D.E. 6-2.

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(7) Defendant's debt collection practices within the State of Florida.

(8) Defendant's agreement and/or relationship with Pollock & Rosen, Inc.

(9) Defendant's agreement and/or relationship with Capital One Bank (USA), N.A.

(10) The percentage of Defendant's business which involves debt collection.

(11) The number of letters Defendant mailed to Florida consumers in an attempt to collect a debt owed to Capital One Bank (USA), N.A. during the 24-months prior to the commencement of the above-captioned action.

(12) The policies and procedures Defendant had specifically implemented to prevent the FDCPA violations alleged in the Complaint, *see* D.E. 6, from occurring.

(13) Defendant's policies and procedures in collecting consumer debts from Florida consumers.

(14) The creation and operation of Defendant's website.

(15) Defendant's registration, or lack thereof, as a "consumer collection agency" with the Florida Department of State.

(16) The interest rate that the debt Defendant attempted to collect from Plaintiff Areeb Malik, *see* D.E. 6-1, is subject.

(17) The interest rate that the debt Defendant attempted to collect from Plaintiff Hanh Danh, *see* D.E. 6-2, is subject.

(18) Defendant's policies, procedures, and practices in preparing, drafting, creating, and mailing collection letters to Florida consumers.

(19) Defendant's net worth for the years 2016, 2017, and 2018.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com