UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61824-RKA

AREEB MALIK and HANH DANH, individually and on behalf of all those similarly situated,

    Plaintiff,

v.

POLLACK & ROSEN, P.A.,

    Defendant.

_____/

## ORDER GRANTING MODIFICATION OF SCHEDULING ORDER

THIS CAUSE having come before the Court upon Plaintiffs AREEB MALIK and HANH DANH Motion for Modification of Scheduling Order [D.E. 38], and the Court having reviewed the Motion and the record, it is **ORDERED** as follows:

1. Plaintiffs Motion is **GRANTED**.

2. The Scheduling Order [D.E. 15] is modified as follows: [a] *the deadline for all discovery, including expert discovery, to be completed shall be* **June 12, 2020**; [b] *the deadline for class certification motions shall be* **June 26, 2020**; [c] *the deadline for the parties to complete mediation and file a mediation report shall be* **June 29, 2020**; and [d] *the deadline for all dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law shall be* **July 10, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on _____, 2020.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE